JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 314 -- IN RE NEW YORK CITY MUNICIPAL SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 7/29/77 | 1 | MOTION, BRIEF, SCHEDULE, CERTIFICATE OF SERVICE, EXHIBIT A,B,&C PLAINTIFF JAMES H. TRUNCELL  Suggested Transferee District: S.D.N.Y.  Suggested Transferee Judge: Richard Owen |
| 8/5/77 | | AMENDMENT TO MOTION -- Movant TRUNCELL w/ cert. of service to add A-8. |
| 8/8/77 | | APPEARANCES  THOMAS R. FARRELL, ESQ. for James H. Truncell and Michael H. Spector  WYNNE B. STERN, JR., ESQ. for Ida Velardi  W. BERNARD RICHLAND, ESQ. and JAMES G. GRIELSHEIMER, ESQ for    City of New York, Abraham D. Beame and Harrison J. Goldin  BRISCOE R. SMITH, ESQ. for The Chase Manhattan Bank (N.A.)  BURTON LEHMAN, ESQ. for Ehrlich-Bober & Co., Inc.  ROBERT BESHAR, ESQ. for Weeden & Co., Inc.  GEORGE MARSHALL MORIARTY, ESQ. for The First National Bank of Boston  DANIEL F. KOLB, ESQ. for Morgan Guaranty Trust Co.  LAURA B. HOUGET, ESQ. for Bankers Trust Co.  CRAVATH, SWAINE & MOORE For Chamical Bank  EDMUND H. KERR, ESQ. for Salomon Brothers  CLARENCE W. OLMSTEAD, JR., ESQ. for Citibank, N.A.  THOMAS F. CURNIN, ESQ for E. F. Hutton & Co., Inc.  ROY L. REARDON, ESQ. AND PAUL R. GUPTA, ESQ. for Mfg. Hanover Trust |
| 8/11/77 | | APPEARANCES -- STEPHEN A. WEINER, ESQ. for Baer Stearns & Co.  EUGENE P. SOUTHER For Bank of Ameria NT and SA  ANTHONY R. MANSFIELD, ESQ. for FIRT PENNCO SECURITIES |
| 8/15/77 | 2 | RESPONSE -- MNACHESTER (Plaintiff) w/cert. of service |
| 8/16/77 | 3 | RESPONSE -- FIRST NATIONAL BANK OF BOSTON w/cert. of service |
| 8/22/77 | 4 | REPLY MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER -- plaintiff Truncell w/cert. of service. |
| 8/26/77 | | HEARING ORDER -- Setting A-1 through A-8 for hearing, September 30, 1977 Boston, Massachusetts. |
| 8/29/77 | 5 | AMENDMENT TO MOTION -- Plaintiff Hortense Friedlander w/cert. of svc. to add A-9 and A-10 |
| 9/9/77 | | APPEARANCE -- RICHARD CONWAY CASEY, ESQ. for Merrill Lynch, Piercae Fenner & Smith |
| 9/13/77 | 6 | RESPONSE, MEMORANDUM IN SUPPORT OF OPPOSITION TO MOTION FOR TRANSFER OF ▬ -- The First National Bank of Boston w/cert. of svc. |
| 9/21/77 | 7 | REPLY MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER -- Plaintiff Friedlander w/cert of svc. |
| 9/26/77 | | WAIVER OF ORAL ARGUMENT FOR SEP. 30, 1977 -- Solomon Brothers |
| 11/1/77 | | CONSENT OF TRANSFEREE COURT -- for Judge Richard Owen to handle litigation in Southern District of N.Y. under 28 U.S.C. §1407 |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 2

DOCKET NO. 314 -- IN RE NEW YORK CITY MUNICIPAL SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 11/1/77 | | OPINION AND ORDER -- transferring A-1 and A-9 to the S.D. New York to be coordinated with A-2,3,4,5,6,7,8 and 10 for pretrial proceedings before Judge Richard Owen under 28 U.S.C. §1407 |
| 11/14/77 | | PETITION FOR A WRIT OF MANDAMUS -- The First National Bank of Boston -- Filed 11/11/77 in the Second Circuit -- given number 77-3077 |
| 11/30/77 | | LETTER FROM T.M. KALAHURKA forwarding First National Bank of Boston WRIT OF MANDAMUS to Panel Judges (ltr dated 11/18/77) (rew) |
| 2/21/78 | | A-11 World Airways, Inc. and Worldamerica Investors Corp. v. Bank of America, N.T. & S.A., N.D. Calif. C.A. #C78-0042-WAI CTO FILED TODAY. Notified Involved Counsel and Judges (emh) |
| 3/9/78 | | A-12 -- CTO FINAL TODAY -- NOTIFIED INVOLVED Judges and clerks (cds) |

DOCKET NO. 314 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE NEW YORK CITY MUNICIPAL SECURITIES LITIGATION

Docket Closed 5/14/85

## Summary of Panel Actions

Date(s) of Hearing(s) 9/30/77

Consolidation Ordered 11/1/77    Consolidation Denied _____

Opinion and/or Order Citation _____

Transferee District **S.D. New York**    Transferee Judge **Richard Owen** · M-21-22

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | James H. Truncell v. The First Bank of Boston | D. Mass Caffrey | 76-3285-C | 11/1/77 | 77 Civ 5384 (RO) | 4/4/84 D | |
| A-2 | Michael H. Spector and James H. Truncell v. The City of New York | S.D.N.Y. Owen | 75 Civ 5461 | | | 4/4/84 D | |
| A-3 | James H. Truncell v. Bank of America, NT and SA | S.D.N.Y. Owen | 76 Civ 4997 | | | 4/4/84 D | |
| A-4 | Hortense Friedlander, et al. v. The City of New York, et al. | S.D.N.Y. Owen | 75 Civ 3981 | | | 4/4/84 D | |
| A-5 | Norman Goldfarb v. The City of New York | S.D.N.Y. Owen | 75 Civ 5581 | | | 4/4/84 D | |
| A-6 | Mark Weisberg v. The City of New York | S.D.N.Y. Owen | 75 Civ 5582 | | | 4/4/84 D | |
| A-7 | Ida Velardi, et al. v. First National City Bank (New York) | S.D.N.Y. Owen | 76 Civ 0843 | | | 7/20/79 | |
| A-8 | Joe Manchester v. The City of New York | S.D.N.Y. Owen | 77 Civ 0990 | | | 4/4/84 D | |
| A-9 | Hortense Friedlander v. The First National Bank of Boston | D. MA. Tauro | 76-2685-T | 11/1/77 | 77 Civ 5385 (RO) | 4/4/84 D | |

DOCKET NO. 314  --  IN RE NEW YORK CITY MUNICIPAL SECURITIES LITIGATION  -- P. 2.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | ~~Hortense Friedlander~~, et al. v. Bank of America NT & SA | S.D. New York | 76 Civ 4468 | | | 4/4/84 | |
| E-1 | World Airways, Inc. & Worldamerica Investors Corp. v. Bank of America, N.T. & S.A.  2/21/78  ~~3/9/78~~ | N.D.CA Ingram | C78-0042-WAI | 3/9/78 | 78 Civ. 1174 | 5/4/85 D | |
| XYZ-1 | World Airways, Inc., et al. v. Salomon Brothers, et al. | S.D.N.Y. | 78-Civ-0072 | | | 2/9/81 D | |
| XYZ-2 | Gloria K. Levy v. First National City Bank, et al. | S.D.N.Y. Owen | 75 Civ. 1335 | | | 4/1/85 D | |

July 1978 — 3 TR / 9 XYZ / 12 Pdg.
July 1979 — same

July 1980 — 3 TR / 10 XYZ / 1 Dis / 12 Pdg.
July 1982 — same
July 1983 — same
July 1984 — 9 Dis / 3 Pdg.
July 1985 — 3 Dis; Docket Closed  (5/14/85)

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 314 -- IN RE NEW YORK CITY MUNICIPAL SECURITIES LITIGATION

---

JAMES H. TRUNCELL (A-1) (A-3)
MICHAEL H. SPECTOR (A-2)
Thomas R. Farrell, Esquire
Gold, Farrell & Marks
595 Madison Avenue
New York, New York  10022

HORTENSE FRIEDLANDER, ET AL.(A-4)
Burton Abrams, Esquire
Abrams & Sassower
598 Madison Avenue
New York, New York  10022

NORMAN GOLDFARB (A-5)
MARK WEISBERG (A-6)
William I. Weisberg, Esq.
292 Madison Avenue
New York, N.Y.  10017

IDA VELARDI (A-7)
Wynne B. Stern, Jr., Esquire
Fellner and Rovins
230 Park Avenue
New York, New York  10017

JOE MANCHESTER (A-8)
David J. Bershad, Esquire
Milberg, Weiss, Bershad
   & Specthrie
One Pennsylvania Plaza
New York, New York  10001

MERRILL LYNCH, PIERCE, FENNER
 & SMITH, INC.
 Richard Conway Casey, Esq.
 Joseph G. Riemer, Esq.
 Brown, Wood, Ivey, Mitchell
   & Petty
 One Liberty Plaza
 New York, New York  10006

CITY OF NEW YORK
ABRAHAM D. BEAME
HARRISON J. GOLDIN
W. Bernard Richland, Esquire
Corporation Counsel of the
City of New York
James G. Greilsheimer, Esquire
Litigation Assistant
Municipal Building
Room 1656
New York, New York  10007

THE CHASE MANHATTAN BANK
 (NATIONAL ASSOCIATION)
Briscoe R. Smith, Esquire
Milbank, Tweed, Hadley &
   McCloy
1 Chase Manhattan Plaza
New York, New York  10005

MANUFACTURERS HANOVER TRUST COMPANY
Roy L. Reardon, Esquire
Paul R. Gupta, Esquire
Simpson, Thatcher & Bartlett
One Battery Park Plaza
New York, New York  10004

EHRLICH-BOBER & CO., INC.
Burton Lehman, Esquire
Baer & McGoldrick
460 Park Avenue
New York, New York  10022

WEEDEN & CO., INC.
Robert Beshar, Esquire
25 Broad Street
New York, New York  10004

BANK OF AMERICA, NT & SA
Eugene P. Souther, Esquire
Seward & Kissel
63 Wall Street
New York, New York  10005

FIRST PENNCO SECURITIES, INC.
Anthony R. Mansfield, Esquire
Seward & Kissel
63 Wall Street
New York, New York  10005

FIRST NATIONAL BANK OF BOSTON
George Marshall Moriarty, Esquire
Ropes & Gray
225 Franklin Street
Boston, Massachusetts  02110

BEAR STEARNS & CO.
Stephen A. Weiner, Esquire
Winthrop, Stimson, Putnam
  & Roberts
40 Wall Street
New York, New York  10005

MORGAN GUARANTY TRUST CO.
Daniel F. Kolb, Esquire
Davis, Polk & Wardwell
1 Chase Manhattan Plaza
New York, New York  10005

BANKERS TRUST COMPANY
Laura B. Hoguet, Esquire
White & Case
14 Wall Street
New York, New York  10005

CHEMICAL BANK

Cravath, Swaine & Moore
One Chase Manhattan Plaza
57th Floor
New York, New York  10005

SOLOMON BROTHERS
Edmund H. Kerr, Esquire
Cleary, Gottlieb, Steen
  & Hamilton
One State Street Plaza
New York, New York  10004

CITIBANK, N.A.
Clarence W. Olmstead, Jr., Esquire
Shearman & Sterling
53 Wall Street
New York, New York  10005

SHEARSON HAYDEN STONE

Willkie, Farr & Gallagher
One Chase Manhattan Plaza
New York, New York  10005

E. F. HUTTON & CO.
Thomas F. Curnin, Esquire
Cahill, Gordon & Reindel
80 Pine Street
New York, New York  10005

HORTENSE FRIEDLANDER (A-10)
Same as A-4


WORLD AIRWAYS, INC., ET AL. (B-1)
Peter N. Teige, Esquire
c/o World Airways, Inc.
Oakland International Airport
Oakland, California  94614

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 314 -- IN RE NEW YORK CITY MUNICIPAL SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| THE FIRST NATIONAL BANK OF BOSTON | A-1 |
| CITY OF NEW YORK | A-2  A-4  A-5  A-6  A-8 |
| ABRAHAM D. BEAME | A-2  A-4  A-5  A-6  A-8 |
| HARRISON J. GOLDIN | A-2  A-4  A-5  A-6  A-8 |
| THE CHASE MANHATTAN BANK, N.A. | A-2  A-5  A-6  A-7  A-8 |
| FIRST NATIONAL CITY BANK, (New York) "CITIBANK" | A-2  A-4  A-5  A-7 |
| MANUFACTURERS HANOVER TRUST CO. | A-2  A-4  A-5  A-6  A-8 |
| WEEDEN & CO., INC. | A-2  A-4  A-8 |
| A. G. BECKER & CO., INC. | A-2  A-4 |
| BEAR STEARNS & CO. | A-2  A-4  A-8 |
| EHRLICH-BOBER & CO., INC. | A-2  A-4  A-8 |

p. 2

| | |
|---|---|
| FIRST PENNCO SECURITIES INC. | a-2 a-8 A-9 |
| FIRST NATIONAL BANK OF BOSTON | a-2 a-8 A-9 |
| CHEMICAL BANK | a-2 a-5 a-6 a-7 A-8 |
| BANK OF AMERICA NT & SA | a-2 a-8 a-3 a-4 A-9, 31 |
| MORGAN GUARANTY TRUST COMPANY OF NEW YORK | a-2 a-4 a-5 a-6 |
| BANKERS TRUST CO. | a-2 a-4 a-6 A-8 |
| SALOMON BROTHERS | a-2 a-4 a-5 a-6 A-8 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC. | a-2 a-4 a-5 a-6 A-8 |
| E. F. HUTTON & CO., INC. | a-2 a-4 |
| SHEARSON HAYDEN STONE, INC. | a-7 |
| | |